**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

**DISMISSAL AND NOTICE OF RIGHTS**

To: Annette Ruffin
5050 Worchester St.
Denver, CO 80239

From: Denver Field Office
303 East 17th Avenue
Suite 410
Denver, CO 80203

☐ On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 541-2018-02043 | Christopher D. Padilla, Supervisory Investigator | (303) 866-1336 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

- NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed **WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

Amy Burkholder,
Field Office Director

MAY 24 2019
(Date Mailed)

Enclosure(s)

cc: BLDG MANAGEMENT CO
FEDERAL EMPLOYERS REPRESENTATIVES, INC



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

**DISMISSAL AND NOTICE OF RIGHTS**

To: Annette Ruffin
5010 Worchester St.
Denver, CO 80239

From: Denver Field Office
303 East 17th Avenue
Suite 410
Denver, CO 80203

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

EEOC Charge No.: 541-2018-02043
EEOC Representative: Christopher D. Padilla, Supervisory Investigator
Telephone No.: (303) 866-1336

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

**- NOTICE OF SUIT RIGHTS -**
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed **WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission,

_[signature]_
Amy Burkholder,
Field Office Director

MAY 24 2019
(Date Mailed)

Enclosures(s)

cc: BLAU MANAGEMENT CO.
FEDERAL EMPLOYER REPRESENTATIVES, INC.



```
Address:              1630 SCENIC HWY N
                      SNELLVILLE
                      GA 30078
Location:             MULKK
Device ID:            -BTC01
Transaction:          940240003886
```

**FedEx Priority Overnight**
 789320740978    1.0 lbs. (M)         49.85
    Declared Value   100
Recipient Address:
    Attn: Jeffrey P. Colwell Clerk
    Alfred A. Arraj US Courthouse
    901 19th St, Room A105
    Denver, CO 80294
    0000000000

Scheduled Delivery Date 8/26/2019

Pricing option:
    ONE RATE

Package Information:
    FedEx Envelope

|  |  |
|---|---|
| Shipment subtotal: | $49.85 |
| **Total Due:** | **$49.85** |
| (S) CreditCard: | $49.85 |
| ************8737 | |

    M = Weight entered manually
    S = Weight read from scale
    T = Taxable item

Terms and Conditions apply. See
fedex.com/us/service-guide for details.

             Visit us at: fedex.com
             Or call 1.800.GoFedEx
                1.800.463.3339

            Aug 22, 2019 8:04:09 PM


    ********* WE LISTEN *********
        Tell us how we're doing
   & receive a discount on your next order!
      fedex.com/welisten or 800-398-0242
        Redemption Code: _____

                *** Thank you ***