Jeffrey P. Colwell, Clerk

**Alfred A. Arraj United States Courthouse**
**901 19th Street, Room A105**
**Denver, CO 80294-3589**

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 26 2019

JEFFREY P. COLWELL
CLERK

Re: File claim in court

Hello Jeffery,

I need to file this In Court immediately. My last day is August 24th 2019. I recently moved to Snellville, Georgia. I am not in Colorado at this time. Please look at my case as I will representing myself along with the Federal Pro Se Clinic. Enclosed is my form to file with back up documentation. I have more evidence and supporting documents to send but I wanted to get the case filed by August 24th 2019.

I have the right to sue letter from the EEOC. Case #541-2018-02043C. I don't have very good copy of it as the original is packed away. Also, I could email it to you a better copy.

    EEOC: Christopher D. Padilla is the Investigator

    Amy Burkholder is the Field Office that sent the right to sue letter.

Please file this immediately and I will be able to make it to court and be prepared for my case. Please allow me this opportunity as I struggled to find an attorney in time to represent me. I want to file this lawsuit.

If I could have someone in Colorado take may paperwork on my behalf I could do that as well.

Please help. If you have any questions please let me know. I am in hopes to be able to meet my deadline to state my case to the courts.

Annette Y. Ruffin

720-298-1139

Please open my case. I will pay the filing fee of $400.00 as soon as next week.