F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 27 2019

JEFFREY P. COLWELL
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____1:19-cv-02429-GPG_____
(To be supplied by the court)

_____ANNETTE RUFFIN_____, Plaintiff

v.

____BLDG MANAGEMENT,_____,

_____,

_____,

_____, Defendant(s).

(*List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.*)

## EMPLOYMENT DISCRIMINATION COMPLAINT

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

## A. PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

    Annette Y. Ruffin 1038 Lake Dr. Snellville, GA. 30039
(Name and complete mailing address)

    720-298-1139   annetteruffin40@gmail.com
(Telephone number and e-mail address)

## B. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:     BLDG Management 205 Detroit St. Denver, Co. 80206
    (Name and complete mailing address)

    (Telephone number and e-mail address if known)

Defendant 2: _____
    (Name and complete mailing address)

    (Telephone number and e-mail address if known)

## C. JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check all that apply)*

____ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et seq. (employment discrimination on the basis of race, color, religion, sex, or national origin)

____ Americans with Disabilities Act, as amended, 42 U.S.C. §§ 12101, et seq. (employment discrimination on the basis of a disability)

**X** Age Discrimination in Employment Act, as amended, 29 U.S.C. §§ 621, et seq. (employment discrimination on the basis of age)

**X** Other: *(please specify)* **Retaliation Age/Hostile work environment**

D. **STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action and the specific facts that support each claim. If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: __**ADEA-AGE DISCRIMMINATION EMPLOYMENT ACT**__

The conduct complained of in this claim involves the following: (*check all that apply*)

    ___ failure to hire      ___ different terms and conditions of employment

    ___ failure to promote      ___ failure to accommodate disability

    __X__ termination of employment      __X__ retaliation

    ___ other: (*please specify*) _____

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

    ___ race      ___ religion      ___ national origin      __X__ age

    ___ color      ___ sex      ___ disability

Supporting facts: ***Additional paper is attached.***

# "D. STATEMENT OF CLAIMS."
Civil Action No. 19-cv-02429-GPG

## CLAIM 1- ADEA Aged Discrimination Employment Act 29

1    I, the plaintiff Annette Ruffin am a woman born on February 7th 1971. I worked for BLDG Management as a Regional Community Director. I been in the Multi-Family housing industry for over 24 years. I was overseeing six properties with five Community Directors and 56 employees in the North Denver area. When I started, I successfully supervised the following properties: Villas on 76, Hidden Lake and Aspen Park apartments. Later, I acquired two Mixed use properties Highland Place and Lumina. In 2017, I acquired two new acquisitions Timber Lodge and Landon Park to my North Portfolio. I was highly qualified for this position and I performed at a top level, maximizing revenue, controlling budgets and analysing financial statements. I effectively exceeding EGI -Economic Growth income and trained and developed my employees. I was named in the December 2016 issue of Trends Magazine; Who's Who of 2017 Top Professionals in Denver. AAMD Apartment Association of Metro Denver. I also achieved my CAPS (Certified Apartment Portfolio Supervisor) designation in December of 2017 from the NAA (National Apartment Association) all while working for BLDG Management. I received outstanding quarterly reviews, the entire time I worked there. I received a pay raise and good yearly review one week before I was discriminated and retaliated against and then fired. I reported directly to Darren Everett/Owner (age 33) as did these other employees. The majority of these peers were under the age of 40 to include:

**Desiree Fajardo-Regional Community Director South Region- Age 35**

**Janeen Harvell (age 37- Regional Community Director -Just Hired 11/27/2017- Age 37**

**Leah Chealist-Director of HR & Culture -Age 34**

**Hailey Thiel-Director of Business Services- Age 35**

**Krystal Weger-Director of Tactical Operations Age 34**

**David Sarabia- Regional Maintenance Supervisor -Age 37**

**Dennis Padilla-Regional Maintenance Coordinator -Age 42**

**Shannon Ely-Director of Project Management-Age 33**

**Sarah Whitzell- Director of Commercial Management-Age 34**

**Melissa West-Front Receptionist-Age 34**

**Caitlin Caesar-Assistant HR Director-Age 26**

# "D. STATEMENT OF CLAIMS."
## Civil Action No. 19-cv-02429-GPG

2    At all material times the Defendant was the registered owner of the BLDG Management 205 Detroit St. Denver, Co. 80206

3    **Fact: I was discriminated against because of my age. I was fired and my North Denver Portfolio was divided and disbursed to Janeen Harvell (age 37) and Desiree Herndon (age 35), younger Regionals and later my position was filled by Patty Gonzales (age 36) of which she is younger as well. I was discriminated against because of my age and after I complained and reported these acts to Defendant BLDG Management. The defendant also removed a property from my portfolio Landon Park and gave it to younger Desiree Herndon. Defendant acted after I complained about age discrimination, hostile work environment and less treatment.**

4    The Defendant(s) Darren-Owner and Leah-HR Specialist, allowed, younger peers and subordinates to make comments about older people (competitors) in the industry in meetings and by emails. **I no longer have access to BLDG emails but it should be on the company server. The email will show Desiree making age-related comments about the competitor.**

5    I reported three separate times to Defendant Leah-HR about Darren's age-related comments and less treatment towards me.

6    January 12th 2018 in a Regional Manager Meeting, Desiree, displayed her intimidating tactics to myself Janeen, David and Dennis the Regional Managers. Desiree threatened to call Darren on the Regional managers for disagreeing with her in a meeting (mainly me.) Darren arrived to the meeting later to complete my yearly review.

7    January 12th 2018 after my review with Darren, he asked me how I was doing and if I needed anything from him. I received a raise. **I have and increase letter from him.** He asked about the earlier Regional manager meeting and I told him about Desiree threating to call him over a disagreement. I went in further to expressed to him the less treatment from him, Leah and Desiree. I knew it was a risk however I wanted to tell him the truth. I was scared to lose my job. Darren acted surprised about my concerns and ask me if I was willing to work things out with Leah. I told him I had a meeting with her and complained and stressed my concerns. Which I did in November after the heated debate. Darren also stated my concerns were fair and he wanted to get to the bottom of it. He stated we would sit down and dig in on the issues with Desiree and Leah in the following week when I returned from vacation. Then I went on vacation and when I returned, I was fired/terminated.

8    **Termination Fact:** I was terminated January 25th 2018, after reporting numerous times acts of hostile work environment, Age-related comments over a period of time. I am a protected member of persons between the age of 40 and 70. The evident fact that my protected class of being over the age of 40 lead the Defendants BLDG to terminate me after my numerous complaints. Although, many of my complaints were not recorded, I was subjected to adverse actions and my portfolio was decrease and younger persons Desiree Herndon was awarded this and because of my complaints of age-discrimination and hostile work environment, I was terminated and it's

## "D. STATEMENT OF CLAIMS."
### Civil Action No. 19-cv-02429-GPG

    facts that my portfolio was divided up and given to younger Regional Janeen Harvell (age 37) and Desiree Herndon (age 35), later my position was filled by Patty Gonzales (age 36). With all due respect she was a lesser qualified candidate and younger woman than myself age 47.

9    To avoid repetitiveness. The timeline and support that led up to these discrimination actions are outlined by me in a second claim. Please refer to *Claim 2. Retaliation age/Hostile work environment.* See attached.

10    **I ask as your Magistrate Judge Gordon to approve this claim(s) that you approve this complaint for the right to sue.**

CLAIM TWO: _____ **RETALIATION AGE/HOSTILE WORK ENVIRONMENT** _____

The conduct complained of in this claim involves the following: (*check all that apply*)

    ___ failure to hire            ___ different terms and conditions of employment

    ___ failure to promote        ___ failure to accommodate disability

    **X** termination of employment     **X** retaliation

    ___ other: (*please specify*) _____

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

    ___ race      ___ religion      ___ national origin      **X** age

    ___ color      ___ sex      ___ disability

    Supporting facts: ***Additional paper is attached.***

Click Here for Additional Claim

**CLAIM TWO 2: Retaliation Age/HOSTILE WORK ENVIRONMENT**

1    When Highland Park and Lumina properties were added to my portfolio by Darren, Krystal Weger-Director of Tactical Operations started reporting to me in 2016 as she was the Communities Director. I verbally reported to defendant Darren Everett and Leah Chelist about the hostile work environment I had with Krystal Weger. I gave them examples of her insubordination towards me. Defendant Darren Everett response to me was, "Krystal is Krystal, she needs **"motherly"** love you can give that to her." You have to be Momma Bear to her was his statement as he laughed. He stated this to me at least 3 times, on different occasions while she was reporting directly to me. The comments made me uncomfortable his reference was, I am old enough to be Krystal Weger's (age 33) mother. Shortly after this was happening, I reported this to Leah Chealist-HR Specialist, about the hostile work environment and I also told her about Darren's "Motherly" comments. Leah suggested we have lunch to get to know each other.

2    In Mid-February while having to continuously deal with a hostile work environment, because there were no changes in behaviour even after I reported. I was basically having to grin and bear the intimidating work environment. I was forced to work with Krystal Weger regardless of her less treatment to me. Krystal would physical jump in my way when I was having a conversation with Desiree. Almost like she was trying to provoke me. This was very hostile to me. Defendants, Leah and Darren allowed this type of behaviour and Desiree witnessed it. I told (vented) to Desiree Herndon the South Regional Manager about the hostile treatment and age comments that I had been receiving from Krystal and Darren how I reported these actions Leah Chelist- HR Specialist. In return Desiree stated, Krystal would never treat her that way because she would put her in her place. Then Desiree proceeded to tell me to just keep talking to Darren.

3    End of February 2017, after the Desiree Herndon-South Regional Manager took me to lunch at the Cherry Cricket and told me not to be made at her but I shouldn't have more properties than her and she needs the community bonus it will provide. Desiree stated, to me that I, (the plaintiff) have a husband at home that can help me financially and two property takeovers is too much for me. Desiree stated she was being transparent with me. Desiree went on to tell me she asked Darren if she could have my property Landon Park and finally, she commented that I would not have worry about working with Krystal anymore and laughed. From that point on I was being treated worse by Desiree, Krystal, Leah-HR and Darren. This group of younger employees were unstoppable. They were bullies and intimidators not only to me but to my North side team as well. **I have witnesses that will testify to**

4

that. You had to act like them and dress like them and engage in their likes and if you didn't you better watch out for your job. Desire would use the expression "Blank is on my Sh*t list." Then that employee weather is would be North or South would then receive a written warning or termination. Regardless of her very own acts. **I have witnesses that will testify to that.** The work environment became an even more hostile I received disparate treatment here are some examples:

*Younger employee, Krystal would point her finger and arm in my face less than two or three inches away from face in a rude and abrupt way.*
*Younger employee, Desiree Fajardo rarely turned in her Strategic items that were due every Monday. If the I didn't turn mine in on Monday, Darren Everett would call me out in a meeting.*
*Younger employee, Leah Chealist and Darren pushed me on the deadline for the Manager Employee reviews 2017, but Desiree was permitted to file them late or even fail to complete them at all.*
*Manager meeting agendas were supposed to be equally divided, but Desiree (younger party) was permitted to only help with 4 out of about 16 meetings in two years.*
*Desiree was permitted by Darren to be consistently late to Monday and Friday meetings, and to miss pricing calls, while the I was not. There are witnesses for this.*
*Darren would hyper-monitor me regarding bonus workbooks, while Desiree was permitted to consistently turn hers in late.*
*Darren make the motherly comments and he allowed the workplace arguing, tantrums and unprofessionalism in the meetings.*

4   Desiree and Leah continued to undermine my authority all year. Leah HR-Specialist continued to ignore my complaints and instead her and Desiree worked on getting me fired and convenience Darren to do it after all of the complaints. In November on one of my Manager that I oversee Nancy Martin (age 60) Community Manager at Timber lodge. Only Manager over 40 out of all of my North properties. Nancy reported that a young Evelyn Castro her Assistant Manager made a comment as follows. "You will be fired in about 30 days and you Annette and Tom are too old to be in the business." I reported this to Leah, immediately and Leah agreed and told me that Nancy was never going to catch on to the fast-pasted work environment at BLDG and that she wanted to promote Evelyn to her position or a Manager position as she is next in line and proceeded to work on Evelyn's promotion.

5   I decided I would withdraw myself without letting it effect my work. I relied on HR to do the right thing and report this however I was directed to fix the damaged relationships. I could not take the disparate treatment any longer. I didn't want to quit. There was nothing I could do I had my back against the wall with Darren, Leah, Krystal and Desiree. I worked harder to make sure my portfolio was successful and I tried to stay to myself most of the time without it effecting the company, the properties or my job.

6    In October/November of 2019, Leah-HR and I had a huge debate over the decision to terminate one of my employees. Leah and Desiree continued with undermining my authority and making decisions without me for months. Leah and Desiree allowed the promotion of a younger subordinate over my objections so that the younger employee Desiree Herndon could fill her vacant Manager position on her property. Leah then forced me to sign the transfer and she stated that I had no choice and they were going to promote her anyway. The policy in the Handbook which was in effect while I was employed there, shows that I should have been the final decision maker in the decision regarding the promotion of Evelyn Castro. **The Regional Management team are witnesses that will testify that based on policy at the time of my employment.** I should have been the final decision maker in the promotion of Evelyn Castro. **I have a copy of the 2015 existing policy. I also have a revised policy that came *after* my termination that Leah Chelist created and used to respond to the EEOC.**

7    In January 2018, they terminated me and gave me a check and told me reason of termination without no proof. I asked Leah for the final paperwork and the proof. She told me this is all I have a check. Both Darren and Leah were very nervous and you could tell they didn't have answers for my termination. I kept asking trying to drag the reason out of him. Finally he the Defendant Darren told me reason for termination was because: Evelyn Castro told him that, I directed her to hold on to move-outs. (*Move-outs are when a resident vacates the apartment, gets evicted or skips out*). Defendant says, I was terminated for directing her to process skips in a timely fashion. **I have emails that prove that I did not direct younger Evelyn Castro to hold on to move-outs. In, fact emails** clearly show Evelyn Castro was unsure of when to process skips and unclear of the Move-out processes. Furthermore, there are Local and abandonment laws that you must follow before you process skips/move-outs.

8    The Defendants provided no evidence at the time of my termination and I have the reports and evidence that show these allegations are false as to why they terminated me. I also have witnesses that will testify that I did not hold off on processing skips until the end of the month, there was no benefit in this for myself or my team. I have an email trail documenting that I told them the need to immediately move out tenants who have turned in keys.

9    Defendants clearly states that they relied Evelyn's statement however, the fact is that, after I complained and reported Evelyn Castro's age-related comments **(I have a witness)** to Leah-HR and after, I did not agree to promote Evelyn Castro the Defendant retaliated and terminated me because I complained and reported acts of age discrimination and hostile work environment. I ask that the court make a reasonable cause finding. Especially because Leah-HR conducted an investigation herself on me and without help from the 3rd party ADP, as Leah herself was named and involved

in hostile acts and these complaints were reported to her and she made no one else aware. **I have another email from a witness.** It will show the date of the investigation (while I was out on vacation) as well as it implies that Desiree a younger Regional directed her team to hold off on processing skips and it appears, she trained her team this way. It is conflicting that Leah Chelist-HR would complete the investigation herself and not allow that "evidence" from her investigation extend further investigation through ADP. Instead she proceeded with the termination without suspension or evidence and convinced Darren to terminate me.

10  **Termination Fact:** I was terminated January 25th 2018, after reporting numerous times acts of hostile work environment, Age-related comments over a period of time. I am a protected member of persons between the age of 40 and 70. The evident fact that my protected class of being over the age of 40 lead the Defendants BLDG to terminate me after my numerous complaints. Although, my complaints were not recorded, I was subjected to adverse actions and my portfolio was decrease and younger persons Desiree Herndon was awarded this and because of my complaints of age-discrimination and hostile work environment, I was terminated and it's facts that my portfolio was divided up and given to younger Regional Janeen Harvell (age 37) and Desiree Herndon (age 35), later my position was filled by Patty Gonzales (age 36). With all due respect she was a lesser qualified candidate and younger woman than myself age 47.

11  **I as your Magistrate Judge Gordon to approve this claim(s) that you approve this complaint for the right to sue.**

## E. ADMINISTRATIVE PROCEDURES

Did you file a charge of discrimination against defendant(s) with the Equal Employment Opportunity Commission or any other federal or state agency? (*check one*)

    __X__ Yes (***You must attach a copy of the administrative charge to this complaint***)

    ____ No

Have you received a notice of right to sue? (*check one*)

    __X__ Yes (***You must attach a copy of the notice of right to sue to this complaint***)

    ____ No

## F. REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "F. REQUEST FOR RELIEF."*
***ADDITIONAL PAPER IS ATTACHED.***

## G. PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

__09/20/2019__
(Date)

(Form Revised December 2017)

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [ ] FEPA<br>[X] EEOC | |

_____ and EEOC

State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Annette Ruffin | 720-298-1139 | 02/07/1971 |

Street Address: 5080 Worchester St.  City, State and ZIP Code: Denver, CO 80239

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| BLDG Management Co. LLC | 180 | 303-996-2333 |

Street Address: 3003 E. 3rd Ave.  City, State and ZIP Code: Denver, CO 20206

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

Street Address: City, State and ZIP Code:

DISCRIMINATION BASED ON (Check appropriate box(es).)

[ ] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[X] RETALIATION  [X] AGE  [ ] DISABILITY  [ ] GENETIC INFORMATION
[ ] OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest 2/16    Latest 1/25/18

[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

The Complainant believes the Respondent discriminated against her on the basis of her age, in violation of The Age Discrimination Act in Employment Act of 1967, as amended, beginning in February 2016 and ending with the Complainant's constructive discharge on 1/25/18 when:

- She was held to a higher standard than Desierre Fajardo, a younger peer- including but not limited to share of workload and deadlines
- They permitted a group of younger employees to undermine the Complainant's authority and promoted one of the Complainant's subordinates over the Complainant's objections
- They permitted employees to make derogatory age related comments regarding the Complainant and others

The Complainant believes the Respondent retaliated against her in violation of the ADA and ADEA when, immediately upon her return from vacation, and less than two weeks following her complaint about age discrimination to Darren Everett, she was terminated, despite having received a positive annual review and pay raise less than two weeks previous to her termination

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

5/21/18
Date    Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month day, year)

Civil Action No. 1:19-CV-02429-GPG

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

To: Annette Ruffin
1060 Worchester St.
Denver, CO 80239

From: Denver Field Office
303 East 17th Avenue
Suite 410
Denver, CO 80203

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

EEOC Charge No.: 541-2018-02043
EEOC Representative: Christopher D. Padilla, Supervisory Investigator
Telephone No.: (303) 866-1338

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed **WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

/s/ Amy Burkholder
Amy Burkholder,
Field Office Director

MAY 24 2019
(Date Mailed)

Enclosure(s)

cc: BLDG MANAGEMENT CO
FEDERAL EMPLOYEES REPRESENTATIVES, INC.

Civil Action No. 1:19-CV-00429-GPG

Enclosure with EEOC
Form 161-B (11/09)

**INFORMATION RELATED TO FILING SUIT
UNDER THE LAWS ENFORCED BY THE EEOC**

(This information relates to filing suit in Federal or State court under Federal law.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)

PRIVATE SUIT RIGHTS -- **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA),
the Genetic Information Nondiscrimination Act (GINA), or the Age
Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge within
**90 days** of the date you receive this Notice. Therefore, you should keep a record of this date. Once this 90-
day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to
consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell
him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely
manner, it is prudent that your suit be filed **within 90 days of the date this Notice was mailed to you** (as
indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate
State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide
after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short
statement of the facts of your case which shows that you are entitled to relief. Courts often require that a copy of
your charge must be attached to the complaint you file in court. If so, you should remove your birth date from the
charge. Some courts will not accept your complaint where the charge includes a date of birth. Your suit may include
any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters
alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in
some cases can be brought where relevant employment records are kept, where the employment would have
been, or where the respondent has its main office. If you have simple questions, you usually can get answers from
the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or
make legal strategy decisions for you.

PRIVATE SUIT RIGHTS -- **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back
pay due for violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible. For
example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit
before 7/1/10 -- not 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA
suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above.
Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA
claim, suit must be filed within 90 days of this Notice **and** within the 2- or 3-year EPA back pay recovery period.

ATTORNEY REPRESENTATION -- **Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction
in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be
made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your
efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above,
because such requests do **not** relieve you of the requirement to bring suit within 90 days.

ATTORNEY REFERRAL AND EEOC ASSISTANCE -- **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any
questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to
inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide
your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files
are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge
file, **please make your review request within 6 months of this Notice.** (Before filing suit, any request should be
made within the next 90 days.)

**IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.**

# "F. REQUEST FOR RELIEF."

I am requesting a jury. I am requesting the BLDG Management pay punitive damages and other damages. I would like a letter of reference as I have not been able to find a Regional Manager job. I want to have my job restored remotely and work from Atlanta and travel to Denver as needed and if I can't find another Regional position. I

I want the courts to order Defendant BLDG Management to pay me the total amount claimed below.

| | |
|---|---|
| Amount of claim | $173,500.00 |
| Base Yearly Salary | $87,500.00 |
| Take Overs/Sales | $ 10,000.00 include Aspen Park and Landon Park |
| Bonus Potential | $ 25,000.00 |
| EEOC fees + | $1000.00 |
| TOTAL | $50,000 Punitive damages to include: Counselling fees for Depression and Anxiety -pain and suffering mentally and financially. Medical bills and benefits loss. |

Civil Action No. 19-cv-02429-GPG